# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8211 PSG(JCx) | Date | June 18, 2009 |
|---|---|---|---|
| Title | Sam Liang v. Trong Van Nguyen, et al. | | |

Present: The Honorable    Jacqueline Chooljian, United States Magistrate Judge

| Kimberly I. Carter | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

none                                       none

**Proceedings:**    (In Chambers)

### ORDER TO SHOW CAUSE

Pending before the Court is Defendants' Motion to Quash and/or for Protective Order Re Subpoenas Issued by Liang to Non-Parties ("Defendants' Motion"). Defendants' Motion is set for hearing before this Court on **June 23, 2009 at 9:30 a.m.**

In his supplemental memorandum filed in opposition to Defendants' Motion, plaintiff seeks, *inter alia*, $5,000 in monetary sanctions pursuant to Local Rule 37-4 based upon defendants' counsel's alleged failure to comply with and cooperate in the procedures set forth in Local Rule 37. Plaintiff argues and offers evidence that defendants have violated the Local Rules relative to Defendants' Motion in the following respects: (1) defendants did not, as required by Local Rule 37-2.2, provide plaintiff with the declaration defendants offered in support of Defendants' Motion in conjunction with the provision of defendants' portion of the joint stipulation; (2) defendants did not, as required by Local Rule 37-2.2, provide plaintiff with defendants' portion of the joint stipulation, and instead, altered defendants' portion of the joint stipulation after receiving plaintiff's portion; (3) defendants failed to provide the final version of the joint stipulation to plaintiff prior to filing it as required by Local Rule 37-2.2; (4) defendants affixed an "/s/" for plaintiff's counsel to the signature line of the joint stipulation, without plaintiff's counsel's authorization; and (5) defendants filed a memorandum in support of Defendants' Motion which exceeds the 5-page limit set by Local Rule 37-2.4.

Defendants' counsel is hereby Ordered to Show Cause why this Court should not impose sanctions of up to $5,000 pursuant to Local Rule 37-4, based upon the evidence submitted by plaintiff regarding defendants' counsel's failure to comply with Local Rule 37. **Defendants may respond to this Order to Show Cause orally at the above-referenced June 23, 2009 hearing and/or, in writing by filing a response thereto no later than June 22, 2009 at 4:00 p.m.**

IT IS SO ORDERED.

Initials of Deputy Clerk    KC